PD-1007-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/4/2015 2:39:29 PM
Accepted 8/7/2015 9:29:31 AM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| JEFFREY DOCK WRIGHT | § | IN THE COURT OF |
| VS. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

MOTION TO
EXTEND TIME TO FILE APPELLANT'S
PRO SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's pro se Petition for Discretionary Review, pursuant to Rule 68.2 and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.   This case is on appeal from the 241st Judicial District Court of Smith County, Texas.

2.   The case below was styled  State v. Jeffrey Dock Wright and numbered 241-1880-13.

3.   Appellant was convicted of Possession of a Controlled Substance.

4.   Appellant was assessed a sentence of ten (10) years confinement in the Texas Department of Criminal Justice-Institutional Division.

5.   The opinion was issued by the Court of Appeals on July 8, 2015.

6.   The Appellant's Petition for Discretionary Review is due on August 7, 2015.

7.   Appellant requests an extension of time due to the following facts and circumstances.  On the date of the opinion, according to the Texas Department of Criminal Justice website, Mr. Wright was in custody at the Hutchins Unit. In compliance with Tex. R. App. P. 48.4 Counsel mailed the copy of the opinion and judgment as well as information regarding his right to file a pro se Petition for Discretionary Review to that address.  Apparently while this letter was in transit, Mr. Wright was brought back to the Smith County Jail on a bench

warrant for non-payment of child support. However, on July 16, 2015, Cousnel received the return receipt from the Hutchins Unit where the letter had been accepted, and he notified the Court of Appeals that Rule 48.4 had been complied with in all respects. On August 4, 2015, the unopened letter containing the opinion and judgment of the Court of Appeals was returned to counsel with the notation that Mr. Wright was now in the custody of the Smith County Jail. Counsel has mailed another copy of the opinion and letter in compliance with Rule 48.4 to Mr. Wright at the Smith County Jail.

12. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Pro Se Petition for Discretionary Review for a period of sixty (60) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


_/s/ James Huggler_____
James Huggler
100 E. Ferguson, Suite 805
Tyler, Texas 75702
903-593-2400
903-593-3830 fax
Jhugglerlaw@sbcglobal.net


CERTIFICATE OF SERVICE

This is to certify that on August 4, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.


_/s/ James Huggler_____
James Huggler